# Third District Court of Appeal

## State of Florida

Opinion filed March 10, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-48
Lower Tribunal Nos. 19-220 AP, 17-21885 CC

_____

**Projekt Property Restoration, Inc., etc.,**
Appellant,

vs.

**Certain Underwriters at Lloyd's, London, Subscribing to Policy No. HH0358577,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Douglas H. Stein, P.A., and Douglas H. Stein, for appellant.

Law Offices of Clinton D. Flagg, P.A., Clinton D. Flagg, and Carol A. Fenello, for appellee.


Before FERNANDEZ, LINDSEY, and GORDO, JJ.

PER CURIAM.

Affirmed. <u>Martinez v. S. Bayshore Tower, L.L.L.P.</u>, 979 So. 2d 1023 (Fla. 3d DCA 2008).